UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARLA HINE,

        Plaintiff,

v.

BANK OF AMERICA, *et al.*,

        Defendants.

2:11-cv-00557-JCM-LRL

**O R D E R**

    The plaintiff has submitted an Application to Proceed *In Forma Pauperis* and a Complaint (#1). The court finds that the plaintiff is unable to prepay the filing fee.

    Accordingly, and for good cause shown,

    IT IS ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (#1) is GRANTED.

    IT IS FURTHER ORDERED that the plaintiff is permitted to maintain the action to conclusion without the necessity of prepayment of any additional fees, costs, or security. This Order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

    IT IS FURTHER ORDERED that the Clerk of the Court shall file the Complaint, issue summons to the defendants named in the complaint, and deliver the same to the U.S. Marshal for service.

    IT IS FURTHER ORDERED that the plaintiff shall have twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If the plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendants, then a motion must be filed with the court identifying the unserved defendants, specifying a more detailed name and address, and indicating whether some other manner of service should be used. Pursuant to the Federal Rules of Civil Procedure

Rule 4(m), service must be accomplished within one hundred twenty (120) days from the date that the complaint was filed.

     IT IS FURTHER ORDERED that from this point forward, plaintiff shall serve upon defendants, or their attorney if they have retained one, a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or their counsel. The court may disregard any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate of service.

     DATED this 28th day of April, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2